AO245D    (Rev. 09/19) Judgment in a Criminal Case For Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### Western District of Washington

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Myisha Coleman | Case Number:    2:19CR00015RAJ-001 |
| | USM Number:    40902-086 |
| | *Sara Brin appearing for* Gregory Geist |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s) ___1, 2, 3, 4 ; 5___ of the petitions dated 10/13/2022 and 11/17/2022

☐ was found in violation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Consuming alcohol | 09/21/2022 |
| 2. | Failure to make payments toward restitution | 10/11/2017 |
| 3. | Failing to participate in substance use disorder treatment | 09/28/2022 |
| 4. | Failing to notify the probation officer of change in residence | 11/04/2022 |
| 5. | Failing to report for scheduled drug tests | 11/14/2022 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_____
Assistant United States Attorney

12/7/22
Date of Imposition of Judgment

_____
Signature of Judge

Richard A. Jones, United States District Judge
Name and Title of Judge

12/9/22
Date

AO245D      (Rev. 09/19) Judgment in a Criminal Case For Revocations
            Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT:      **Myisha Coleman**
CASE NUMBER:    2:19CR00015RAJ-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

ONE DAY (1) WITH CREDIT FOR TIME ALREADY SERVED

☐  The court makes the following recommendations to the Bureau of Prisons:


☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO245D    (Rev. 09/19) Judgment in a Criminal Case For Revocations
Sheet 5 — Criminal Monetary Penalties

DEFENDANT:      **Myisha Coleman**
CASE NUMBER:    2:19CR00015RAJ-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 200.00 (paid) | $ 579,210.97 | $ Waived | $ NA | $ NA |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| American Express<br>773600 Dallas Highway<br>Suite 230-106<br>Marietta, GA | $20,055.07 | $20,055.07 | Joint and Several with Diyiana Damayo |
| Discover Financial Serv.<br>PO **Box 6106**<br>Carol Stream, IL 60197 | $70,383.22 | $70,383.22 | Joint and Several with Diyiana Damayo |
| TOTALS | $ 579,210.97 | $ 579,210.97 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒ the interest requirement is waived for the  ☐  fine   ☒  restitution
    ☐ the interest requirement for the  ☐  fine   ☐  restitution is modified as follows:

☒   The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.

\*   Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\*   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\*   Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245D    (Rev. 09/19) Judgment in a Criminal Case For Revocations
          Sheet 5B — Criminal Monetary Penalties

DEFENDANT:      **Myisha Coleman**
CASE NUMBER:    2:19CR00015RAJ-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| US Bank<br>Attn. Melody Skusek<br>Po Box 304<br>Milwaukee, WI 53201 | $37,882.47 | $37,882.05 | Joint and Several with Diyiana Damayo |
| Citigroup Investigative Serv.<br>Fraud Investigations<br>14700 Citicorp Drive<br>Hagerstown, MD 21742 | $155,417.59 | $155,417.59 | Joint and Several with Diyiana Damayo; and Latia Crane owes $28.975,24 |
| Wells Fargo Bank,NA<br>Attn. Fraud Investigations<br>Dept 2038<br>Dener, CO 8291-2038 | $11,197.53 | $11,197.53 | Joint and Several with Diyiana Damayo |
| Capital One Bank<br>Attn. Kenny Rivers<br>PO Box 85582<br>Richmond, VA 22960<br>ID#27394 | $81,795.05 | $81,795.05 | Joint and Several with Diyiana Damayo |
| Chase Bank USA<br>Attn. Jeremy Geisel, CFCI<br>4900 Memorial Highway<br>#FL2-3401<br>Tampa , FL 33634 | $109,914.57 | $109,914.57 | Joint and Several with Diyiana Damayo; and Chelathian Wright $35,168.12 |

AO245D    (Rev. 09/19) Judgment in a Criminal Case For Revocations
Sheet 5B — Criminal Monetary Penalties

DEFENDANT:     **Myisha Coleman**
CASE NUMBER:   2:19CR00015RAJ-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bank of America Restitution Unit M01-800-06-15 PO Box 790087 St. Louis, MI 63179 | $85,786.00 | $85,786.00 | Joint and several with Diyiana Damayo; of which Otis Allen owes $9,.900; Aaron Brunson owes $23,000; Briquanna Slaughter owes $15,686; Cathleen Cain owes $21,000 |
| Delta Air Lines Attn. Pam Fears 1020 Delta Blvd Atlanta, GA 30320 | $3,582.62 | $3,582.62 | Joint and several with Diyiana Damayo and Chelethia Wright- re: Chase Card #0164; and Jabrineka Redmon owes $300 |
| Airtran Airways 5230 Clipper Drive Atlanta, GA 30349 | $568.60 | $568.60 | Joint and several with Diyiana Damayo and Chelethia Wright re: Chase Card #0164 |
| US Airways Corporate Security 4000 E Sky Harbor Blvd Phoenix, AZ 85034 | $601.20 | $601.20 | Joint and several with Diyiana Damayo and Chelethia Wright re: Chase Card #0164 |
| FTD Attn. Finance Department 21301 Burbank Blvd Woodland Hills, CA 91367 | $139.96 | $139.96 | Joint and several with Diyiana Damayo and Chelethia Wright re: Chase Card #0164 |
| Wireless Express 9488 Highway South Douglasville, GA 30135 | $318.00 | $318.00 | Joint and several with with Diyiana Damayo and Jabrineka Redmon re: Chase Card #4094 |
| Danco Financial PO Box 888 Mableton, GA 30126 | $695.00 | $695.00 | Joint and several with Jabrineka Redmon re: Chase Card #4094 |

AO245D      (Rev. 09/19) Judgment in a Criminal Case For Revocations

DEFENDANT: **Myisha Coleman**
CASE NUMBER: 2:19CR00015RAJ-001

| | | | |
|---|---|---|---|
| Texaco<br>757 Cleveland Ave<br>Atlanta, GA 30315 | $75.00 | $75.00 | Joint and several with Diyiana Damayo and Jabrineka Redmon re: Chase Card #8069 |
| BP Gas<br>3004 Piedmont Road<br>Atlanta, GA 30305 | $118.69 | $118.69 | Joint and several with Diyiana Damayo and Jabrineka Redmon re: Chase Card #8069 |
| Oro Gold<br>3393 Peachtree Rd. NE<br>Atlanta, GA 30326 | $86.40 | $86.40 | Joint and several with Diyiana Damayo and Jabrineka Redmon re: Chase Card #8069 |
| TOTALS | $ 579,210.97 | $ 579,210.97 | |

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses
committed on or after September 13, 1994, but before April 23, 1996.

AO245D    (Rev. 09/19) Judgment in a Criminal Case For Revocations
          Sheet 6 — Schedule of Payments

Judgment — Page 7 of 7

DEFENDANT:      **Myisha Coleman**
CASE NUMBER:    2:19CR00015RAJ-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒    PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid to
Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

    ☒    During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

    ☒    During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

    ☐    During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

    The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.  The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District of Washington. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒    Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.